UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JONATHAN HOWLAND, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:18-CV-00119-JRG-CLC |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on United States Magistrate Judge Clifton L. Corker's Report and Recommendation [Doc. 23]. Magistrate Judge Corker recommends the Court grant Plaintiff's Motion for Judgment on the Pleadings. [Doc. 15], deny Defendant's Motion for Summary Judgment [Doc. 21], and remand this case to the administrative law judge for further proceedings. None of the parties has timely objected to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After carefully reviewing the record, the Court agrees with Magistrate Judge Corker's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, Plaintiff's Motion for Judgment on the Pleadings [Doc. 15] is **GRANTED** insofar as Plaintiff requests a remand and Defendant's Motion for Summary Judgment [Doc. 21] is **DENIED**. It is therefore **ORDERED** that this case is **REMANDED** to the administrative law judge for further proceedings consistent with Judge Corker's Report and Recommendation.

So ordered.

ENTER:

             s/J. RONNIE GREER
        UNITED STATES DISTRICT JUDGE